**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 17, 2014**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN        DIVISION

_____

In re: Eric M. Zumbrun
      Michelle L. Zumbrun

    Debtor(s)

Case No.: 04-55887

Chapter: 13

Judge: Charles M. Caldwell

_____

**ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO.   31   )
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The certificate of service is undated or states an incorrect date with respect to service by mail or means other than ECF.  (LBR 9013-3(e)(2) requires a certificate of service to state the date of service.)

☒ The electronic service date on the certificate of service does not correspond with the filing date of the document.  (See LBR 9013-3(e)(2).)

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Motion for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules has been prepared by the Southern District of Ohio. While the use of this form motion is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance. The form is available on the Court's website at: **http://www.ohsb.uscourts.gov/pdffiles/ UNCLAIMED_FUNDS_FORM.pdf**.


Copies To:
Default List
 United States Attorney
 303 Marconi Blvd., Suite 200
 Columbus, Ohio 43215

###